**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Forum Benefits, LLC, Respondent,

v.

Brian Bannon and Assured Partners, NL, Petitioners.

Appellate Case No. 2025-000436

---

Appeal from Beaufort County
Bentley Price, Circuit Court Judge

---

Memorandum Opinion No. 2025-MO-045
Heard November 19, 2025 – Filed December 17, 2025

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

William B. Harvey, III, of Harvey & Battey, PA, of Beaufort, and Jeffrey Andrew Lehrer, of Ford & Harrison, LLP, of Spartanburg, both for Petitioners.

Katon Edwards Dawson, Jr., of Columbia, Timothy David St. Clair, of Greenville, and Tasneem Amin Dharamsi, of Raleigh, NC, all of Parker Poe Adams & Bernstein, LLP, for Respondent.

---

**PER CURIAM:**  We granted certiorari to review the court of appeals' decision in *Forum Benefits, LLC v. Brian Bannon*, Op. No. 2024-UP-412 (S.C. Ct. App. filed Dec. 11, 2024).  After careful consideration, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL and VERDIN, JJ., concur.**